# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SOUTH LORAIN MERCHANTS ASSOCIATION HEALTH & WELFARE BENEFIT PLAN, *et al.* | ) ) ) ) | CASE NO. 1:05CV2792 |
| | ) | JUDGE POLSTER |
| *Plaintiffs,* | ) ) | MAGISTRATE PERELMAN |
| vs. | ) ) | |
| DANIEL FEDELI, *et al.* | ) ) | |
| *Defendants.* | ) | |

---

### PLAINTIFFS' NOTICE OF DISMISSAL
### OF DEFENDANT MEDICAL MUTUAL OF OHIO ONLY
---

Now come Plaintiffs and, pursuant to Fed. R. 41 (a) (1) (i), give Notice of their

Dismissal of the Defendant Medical Mutual of Ohio only, in the above-captioned case.

Respectfully submitted,

/s/ Robert P. DeMarco
Robert P. DeMarco (#0031530)
30505 Bainbridge Road, Suite 225
Solon, Ohio 44139
T: (440) 248-8811
F: (440) 248-1599
Email: *rpdatty@juno.com*

- and –

/s/  Kenneth F. Seminatore_____
Kenneth F. Seminatore (#0011461)
The Superior Building, Suite 1715
815 Superior Avenue
Cleveland, Ohio 44114
Email: *kensemlaw@aol.com*

*Attorneys for Plaintiffs*
*South Lorain Merchants Association*
*Health & Welfare Benefit Plan, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 27, 2006**, a copy of foregoing **Plaintiffs' Notice of Dismissal of Medical Mutual of Ohio Only** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/  Robert P. DeMarco_____
Robert P. DeMarco (#0031530)
30505 Bainbridge Road, Suite 225
Solon, Ohio 44139
T:  (440) 248-8811
F:  (440) 248-1599
Email: *rpdatty@juno.com*

Attorney for Plaintiffs