IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SOUTH LORAIN MERCHANTS ASSOCIATION HEALTH & WELFARE BENEFIT PLAN, *et al.* | ) ) ) ) | CASE NO. 1:05CV2792 JUDGE POLSTER |
| *Plaintiffs,* | ) ) | MAGISTRATE PERELMAN |
| vs. | ) ) | |
| DANIEL FEDELI, *et al.* | ) ) | |
| *Defendants.* | ) | |

**So Ordered.  /s/Dan Aaron Polster 2/28/06**

### PLAINTIFFS' NOTICE OF DISMISSAL
### OF DEFENDANT MEDICAL MUTUAL OF OHIO ONLY

Now come Plaintiffs and, pursuant to Fed. R. 41 (a) (1) (i), give Notice of their Dismissal of the Defendant Medical Mutual of Ohio only, in the above-captioned case.

Respectfully submitted,

/s/  Robert P. DeMarco
Robert P. DeMarco (#0031530)
30505 Bainbridge Road, Suite 225
Solon, Ohio 44139
T:  (440) 248-8811
F:  (440) 248-1599
Email*:  rpdatty@juno.com*

- and –