FILED

2006 MAR -7 A 10: 30


E. FUERST
K OF COURTS
HOGA COUNTY

**United States District Court**
**Northern District of Ohio**
**Clerk's Office**
801 West Superior Avenue
Cleveland, Ohio 44113

March 6, 2006

Cuyahoga County Court of Common Pleas
Justice Center
1200 Ontario Street
Cleveland, OH 44113

Re: 1:05cv2792, Judge Dan A. Polster
South Lorain Merchants Association Health and Welfare Benefit Plan et al v. Daniel Fedeli et al

Pursuant to the 2/28/2006 Order of Judge Polster, the enclosed case is remanded to the Cuyahoga County Court of Common Pleas. Please acknowledge receipt of the certified copies of the Order of Remand and our docket sheet by returning a time-stamped copy of this memo in enclosed envelope.

File is also available on internet at www.ecf.ohnd.uscourts.gov


Sincerely,


s/ Donna M. Hach
Deputy Clerk
(216) 357-7010